AO 247 (Rev. 08/14) ALSD Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>ALLAH G. BISHOP | )<br>)<br>)  Case No: 12-00227-001<br>)  USM No: 12855-003<br>) |
| Date of Original Judgment: 10-23-2013<br>Date of Previous Amended Judgment: <br>*(Use Date of Last Amended Judgment if Any)* | )<br>)  Pro Se<br>   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [✓] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   17   months **is reduced to**   14 months   .

**ADDITIONAL COMMENTS**

This reduction applies only to Count One. The 60 month consecutive sentence on Count Two is not subject to reduction under Amendment 782,

The defendant was originally granted a 24 month reduction in sentence from the low end of the guideline range on Count One due to his substantial assistance. That sentence was a 59% reduction from the low end of the guideline range. The defendant now contends that he should be given a 24 month reduction from his new guideline range after application of Amendment 782. However, U.S.S.G. Section 1B1.10(b)(2)(B) provides that the reduction from the amended guideline range shall be "comparable". A comparable range would therefore be 59% off of the low end of the amended guideline range -- which in this case results in a 14 month sentence on Count One.

Except as otherwise provided, all provisions of the judgment dated   10-23-2013   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   3-11-2015

*Callie V.S. Granade*
*U.S. District Judge*

Digitally signed by Callie V.S. Granade U.S. District Judge
DN: cn=Callie V.S. Granade U.S. District Judge, o=U.S. Government, ou=Federal Judiciary, email=efile_granade@alsd.uscourts.gov, c=US
Date: 2015.03.11 11:47:35 -06'00'

*Judge's signature*

Effective Date:   11-1-2015
*(if different from order date)*

United States District Judge
*Printed name and title*