IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| ALLAH G. BISHOP, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 12-00227-CG-B |
| | ) | CIVIL ACTION NO. 14-0272-CG-B |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Bishop's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 62) is **DENIED,** and that this action is **DISMISSED**. The Court further finds that Petitioner is not entitled to issuance of a certificate of appealability, and as a result, he is not permitted to appeal in forma pauperis.

**DONE and ORDERED** this 24th day of August, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE