IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALLAH G. BISHOP, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 12-00227-CG-B |
| | ) | CIVIL ACTION NO. 14-0272-CG-B |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the order entered this date, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent, the United States of America, and against Petitioner, Allah G. Bishop. The Court further finds that Petitioner is not entitled to issuance of a certificate of appealability, and as a result, he is not permitted to appeal in forma pauperis.

**DONE and ORDERED** this 24th day of August, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE